No. 85–6623. BROWN v. JEFFERSON. C. A. D. C. Cir. Certiorari denied.

No. 85–6634. CONNEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 85–6636. KOFF v. CALIFORNIA. App. Dept., Super. Ct. Cal., Nevada County. Certiorari denied.

No. 85–6639. TORNERO v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6640. VICK v. LONG. C. A. 3d Cir. Certiorari denied.

No. 85–6641. HALL v. ROGERS. C. A. 4th Cir. Certiorari denied.

No. 85–6644. HOLLAND v. BUTTERWORTH, SHERIFF, BROWARD COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6647. DAVIDSON v. DAVIS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 85–6658. NOVEL v. PICARIELLO, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6659. MARKS v. LEE WAY MOTOR FREIGHT ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–6661. BONVILLAIN v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 85–6662. BECKTEL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–6663. BOYT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–6677. TRAWICK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 85–6683. · HARROD v. HALFORD ET AL. C. A. 8th Cir. Certiorari denied.